FILED
2007 DEC 26 AM 9:50
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Mag. Case Number: **07 MJ 2956** |
| Plaintiff, | COMPLAINT FOR VIOLATION OF |
| v. | Title 21, U.S.C., Sections 952 and 960 |
| SOLIS, Gilbert | Importation of a Controlled Substance |
| Defendant, | |

The undersigned complaint being duly sworn states:

On or about December 21, 2007, within the Southern District of California, Gilbert SOLIS did intentionally import approximately 37.50 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Robert Sanchez
Special Agent,
IMMIGRATION AND CUSTOMS
ENFORCEMENT

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 26th DAY OF DECEMBER, 2007.

_____
MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

I, Special Agent Robert Sanchez, declare under penalty of perjury, the following is true and correct:

On December 21, 2007 at approximately 8:00 p.m., Gilbert SOLIS made entry into the United States via the San Ysidro, CA, Port of Entry as the driver of a white 1994 Dodge Caravan bearing CAUS/4ESS994. SOLIS and the Caravan were the subjects of a pre-primary canine alert. SOLIS presented a valid California driver's license for identification and gave two negative Customs declaration to CBP Officers. During questioning SOLIS added that he went to Mexico to get Christmas gifts and to drop some off. A cursory inspection of the vehicle revealed that the rear seats were unusually bulky. A Narcotics/Human Detector Dog subsequently alerted positively to the rear cargo area of the Van. SOLIS was handcuffed for Officer Safety and escorted on foot to the Security office. The vehicle was driven to the Secondary lot for further inspection.

In the Secondary Inspection, Officers discovered packages concealed within the rear seats and rear bumper of the Van. One package was probed, which produced a green leafy substance that field tested positive for marijuana. A total of 14 packages were removed from the vehicle, which had a net weight of 37.50 kilograms.

U.S. Immigration and Customs Enforcement (ICE) Special Agents read SOLIS his Miranda Rights. SOLIS stated he understood his Rights and was willing to answer questions.

In substance, SOLIS stated that he needed money and went to a Tijuana brothel where he knew load drivers were recruited. SOLIS was offered $1000 dollars to deliver the Van to the parking lot adjacent to the "Tacos Del Gordo" restaurant located at H Street in Chula Vista. SOLIS was told he would be followed to the parking lot, then driven back to Mexico where he would be paid. SOLIS stated that he was informed he'd be smuggling approximately 30 pounds of marijuana. SOLIS added that the man he talked to was named Ulysses or something similar.

SOLIS was arrested and transported to the Metropolitan Correctional Center, San Diego, CA.

Executed on December 22, 2007

Robert Sanchez, Special Agent ICE
U.S. ICE

Page 1 of 2

U.S. vs SOLIS

U.S. Immigration and Customs Enforcement

      On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on November 22, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

_____      _____
Hon. Leo S. Pappas
United States Magistrate Judge          Date/Time

## U.S. vs SOLIS

### U.S. Immigration and Customs Enforcement

On the basis of the facts presented in the probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on ~~November 22~~ December 21, 2007 in violation of Title 21, United States Code, Section(s) 952 & 960.

_signature_   12/22/07 - 3:43 PM

Hon. Leo S. Pappas
United States Magistrate Judge          Date/Time

_Corrected version_